# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                                   NO.  4:12CR00014 SWW

JOHNNIE CAMPBELL, ET AL

## ORDER

Pending before the Court is the government's motion to terminate former Assistant U.S. Attorney, Patricia S. Harris, as counsel of record in the above-styled case as to all defendants.  For good cause shown, the Court will grant the government's motion.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel of record by Patricia S. Harris [doc #703] is hereby **granted**, and Patricia S. Harris is hereby relieved from any further representation of the government in this matter.

IT IS SO ORDERED this 16th day of November 2015.

/s/Susan Webber Wright
United States District Judge